KATIE COLLINS, as Administratrix, etc., Respondent, *v.* THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant.

(Argued December 18, 1888; decided January 15, 1889.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made June 29, 1887, which affirmed a judgment in favor of plaintiff, entered on a verdict.

*Frank Loomis* for appellant.

*Henry H. Spelman* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

———————

MICHAEL HEALEY, Respondent, *v.* REUBEN STEVES, Appellant.

(Argued December 18, 1888; decided January 15, 1889)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made April 30, 1887, which affirmed a judgment in favor of plaintiff, entered upon a decision of the court without a jury.

*John C. Hunt* for appellant.

*Waldo E. Gilbert* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

———————

In the Matter of the Judicial Settlement of the Account of ROBERT WILLETS et al., as Trustees, etc.

THIS case presented the same question and was argued and decided with *In re Willets et al.* (*ante*, p. 289.)